tion for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Burr Tracy Ansell* for petitioner.

No. 539. MINNESOTA *v.* DULUTH, MISSABE & NORTHERN RAILWAY CO. ET AL.;

No. 540. SAME *v.* DULUTH & IRON RANGE RAILWAY CO. ET AL.;

No. 541. SAME *v.* SPIRIT LAKE TRANSFER RAILWAY CO. ET AL.;

No. 542. SAME *v.* OLIVER IRON MINING Co.; and

No. 543. SAME *v.* PROCTOR WATER & LIGHT Co. January 6, 1941. Petition for writs of certiorari to the Supreme Court of Minnesota denied. *Mr. J. A. A. Burnquist,* Attorney General of Minnesota, for petitioner. *Messrs. Elmer F. Blu, Clarence J. Hartley, George W. Morgan,* and *Cleon Headley* for respondents. Reported below: 207 Minn. 618, 630, 637; 292 N. W. 401, 407, 411.

No. 590. UTLEY *v.* UNITED STATES. January 6, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *James Utley, pro se.* Solicitor General Biddle and *Messrs. Wendell Berge* and *Fred E. Strine* for the United States.

No. 597. TEXAS COMPANY *v.* NATIONAL LABOR RELATIONS BOARD. January 6, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Harry T. Klein* for petitioner. Solicitor General Biddle, Assistant Solicitor General Fahy, and *Messrs. Thomas E. Harris, Robert B. Watts, Laurence A. Knapp,* and *Mortimer B. Wolf* for respondent.